**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MALIN SANGKAWATANA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:17cv8749 |
| | ) | |
| v. | ) | District Judge Robert W. Gettleman |
| | ) | |
| CITIBANK, N.A., | ) | Magistrate Judge Susan E. Cox |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

TO:    Omar T. Sulaiman    osulaiman@sulaimanlaw.com
        Marwan R. Daher    mdaher@sulaimanlaw.com
        Ahmad T. Sulaiman    ahmad.sulaiman@sulaimanlaw.com
        Mohammed O. Badwan    mbadwan@sulaimanlaw.com
        Sulaiman Law Group, Ltd.
        2500 S. Highland Ave., Ste. 200
        Lombard, IL 60148

      **PLEASE TAKE NOTICE** that on February 1, 2018, we caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the **Stipulation to Arbitrate and to Stay Action**, a copy of which is attached hereto.

                              CITIBANK, N.A.

                              By: /s/ Patrick Morales-Doyle
                                  One of its Attorneys

                              Todd A. Rowden
                              Patrick Morales-Doyle
                              Eileen E. Boyle Perich
                              Thompson Coburn LLP
                              55 East Monroe Street, 37th Floor
                              Chicago, Illinois 60603
                              Telephone: (312) 346-7500
                              Fax: (312) 782-6894
                              trowden@thompsoncoburn.com
                              pmoralesdoyle@thompsoncoburn.com
                              eboyleperich@thompsoncoburn.com

                              *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 1, 2018, I electronically filed the foregoing document with the Clerk of the Cout using the CM/ECF system, which will send notification of such filing to all attorneys of record in this action.

      /s/ Patrick Morales-Doyle